IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                4:92cr4013-WS

ERROL MORRISON,                                        4:09cv223-WS

         Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1896) docketed July 10, 2009. The magistrate judge recommends that the defendant's "Writ of Error Audita Querela" (doc. 1891) be summarily dismissed. The defendant has filed objections (doc. 1028) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1896) is adopted and incorporated by reference in this order of the court.

2. The defendant's "Writ of Error Audita Querela" (doc. 1891) is summarily DISMISSED as an attempt to file an unauthorized second or successive § 2255 motion.

3. The clerk shall close Case No. 4:09cv223-WS.

DONE AND ORDERED this   10th   day of   August  , 2009.


                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE